UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
TROY C. WALLACE, RICHARD T. GEOFFRION,
MARCELLO M. AIELLO, JOSHUA L. FACTOR, CHARLES
MCLAUREN, JEHOVAH COLON, ROBERT BLUNT, ANGEL
TIRADO, EARL CALLOWAY,

                         Plaintiffs,

                                                          **ORDER**
              -against-                                   12-CV-5866(SJF)(WDW)

STATE OF NEW YORK, COMMISSIONER OF NEW
YORK STATE DEPARTMENT OF SOCIAL SERVICES,                 **FILED**
HOUSING COORDINATOR FOR SUFFOLK COUNTY                    IN CLERK'S OFFICE
RIVERHEAD TRAILERS SUSAN WESTERGARD,                      U S DISTRICT COURT E D N Y
TOWN OF SOUTH HAMPTON MAYOR MARK EPLEY,
COUNTY OF SUFFOLK, NEW YORK, COMMUNITY                    ★   ⌣⌣⌣ 08 2013   ★
HOUSING INNOVATIONS, INC. EXECUTIVE DIRECTOR
ALEXANDER M. ROBERTS,                                     **LONG I⸱ ⸱ ⸱ıᴜ OFFICI**

                         Defendants.
-------------------------------------------------------------------------X
FEUERSTEIN, J.

On November 26, 2012, *pro se* plaintiff Troy C. Wallace ("Wallace") filed an *in forma*

*pauperis* complaint against the State of New York, Susan Westergard, Suffolk County

Department of Social Services, the Commissioner of the New York State Department of Social

Services, the County of Suffolk, Mayor Mark Epley, the Town of South Hampton Police

Department and Alexander M. Roberts, Community Housing Innovations. The complaint

alleges, *inter alia*, that the defendants' efforts to enforce New York Corrections Law §168

("Megan's Law") against Wallace is unconstitutional in that it violates the "ex post facto clause."

On November 28, 2012, Wallace filed an amended complaint that now includes eight additional

plaintiffs: Richard T. Geoffrion, Marcello M. Aiello, Joshua L. Factor, Charles McLauren,

Jehovah Colon, Robert Blunty, Angel Tirado, and Earl Calloway. Like the original complaint,

the gist of plaintiffs' claims is that the retroactive application of Megan's Law to them is unconstitutional. The amended complaint also now names as defendants the State of New York, the Commissioner of the New York State Department of Social Services, the Housing Coordinator for Suffolk County Riverhead Trailers Susan Westergard, Town of South Hampton Mayor Mark Epley, the County of Suffolk, and Community Housing Innovations, Inc. Executive Director Alexander M. Roberts.

Upon review of Wallace's declaration in support of his application to proceed *in forma pauperis*, plaintiff's financial status qualifies him to commence this action without prepayment of the filing fees. *See* 28 U.S.C. § 1915(a)(1). Accordingly, plaintiff's application to proceed *in forma pauperis* is GRANTED. The Clerk of Court is directed to forward copies of the summonses, complaint and amended complaint and this Order to the United States Marshals Service for service upon the defendants without prepayment of fees, and to mail a copy of this Order to the *pro se* plaintiffs.

**SO ORDERED.**

s/ Sandra J. Feuerstein

Sandra J. Feuerstein
United States District Judge

Dated:     January ___, 2013
           Central Islip, New York

2